241 So.2d 532

**Sandra Mary GUIDRY and Allen J. Guidry**

v.

**NEW ORLEANS PUBLIC SERVICE, INC., et al.**

No. 50999.

Dec. 14, 1970.

On the facts found by the Court of Appeal we cannot say the result is incorrect.

241 So.2d 532

**SUCCESSION of William Fleet PETERSON.**

No. 50986.

Dec. 14, 1970.

The result is correct.